### BOTTOM v. MINER.

No. 7358—Opinion Filed June 6, 1916.

(157 Pac. 311.)

Error from County Court, Kiowa County: J. S. Carpenter, Judge.

Action by George A. Bottom against A. B. Miner, wherein a writ of garnishment was issued. Garnishee discharged, and plaintiff appeals. Reversed.

J. W. Mansell and Hays & Hughes, for plaintiff in error.

Opinion by BURFORD, C. Defendant in error has filed no brief. An examination of the plaintiff's brief reveals that it fairly supports the assignments of error. Under the established practice we are not required to search the record to sustain the judgment.

Reversed for further proceedings.

By the Court: It is so ordered.